HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MIKE WEBB, BERNIE HURLBURT and JOHN BECK,<br><br>　　　　Plaintiffs,<br><br>　vs.<br>ALLEN EDGAR and JANE DOE EDGAR, husband and wife, and EDGAR, INC., in personam; the F/V MISS MICHELLE, Official Number 991476, her engines, machinery, appurtenances and cargo, in rem;<br><br>　　　　Defendants | Case No.: C06-5595JKA<br><br>AT LAW AND AT ADMIRALTY<br><br>**STIPULATION AND ORDER TO COMPEL RESPONSES TO PLAINTIFFS' WRITTEN DISCOVERY REQUESTS** |

## **STIPULATION**

Come now the parties, by and through their respective counsel of record, to stipulate as follows:

Plaintiffs are entitled to receive responses to their written discovery requests no later than 30 days from the date of this stipulation. Plaintiffs are further entitled to $200 as a reasonable attorney fee for being required to file a motion to compel discovery.

**STIPULATION AND ORDER TO COMPEL RESPONSES TO PLAINTIFFS' WRITTEN DISCOVERY REQUESTS CASE NO. C06-5595JKA**

John W. Merriam
4005 20th Avenue West, Suite 110
«Address», «Address» «Address»

1

Dated this 8th day of June, 2007.

| | |
|---|---|
| LAW OFFICE OF JOHN MERRIAM | NIELSEN SHIELDS, PLLC |
| By:   s/J. Merriam<br>John Merriam, WSBA#12749<br>Attorney for Plaintiff<br>4005 20th Avenue West, Suite 110<br>Seattle, WA  98199<br>Telephone: (206) 729-5252<br>Fax: (206) 729-1012<br>E-mail: john@merriam-maritimelaw.com | By:   s/R. Nielsen<br>Richard Nielsen, WSBA#11916<br>Attorney for Defendants<br>600 Stewart Street, Suite 1701<br>Seattle, WA  98101<br>Telephone: (206) 728-1300<br>Fax: (206) 728-1302<br>E-mail: nielsenshields@mail.com |

## ORDER

Based upon the foregoing stipulation between the parties, it is hereby,

ORDERED, ADJUDGED AND DECREED that defendant shall answer written discovery propounded by plaintiffs no later than 30 days from the date of the above stipulation.

It is further, ORDERED, ADJUDGED AND DECREED that defendant shall pay $200 in attorney fees to counsel for the plaintiffs pursuant to FRCP 37(a)(4).

Done this 8th day of June, 2007.

                                   _/s/ J. Kelley Arnold_
                                   J. Kelley Arnold
                                   United States Magistrate Judge

Presented By:

| | |
|---|---|
| LAW OFFICE OF JOHN MERRIAM | NIELSEN SHIELDS, PLLC |
| By:   s/J. Merriam<br>John Merriam, WSBA#12749<br>Attorney for Plaintiff<br>4005 20th Avenue West, Suite 110<br>Seattle, WA  98199<br>Telephone: (206) 729-5252<br>Fax: (206) 729-1012<br>E-mail: john@merriam-maritimelaw.com | By:   s/R. Nielsen<br>Richard Nielsen, WSBA#11916<br>Attorney for Defendants<br>600 Stewart Street, Suite 1701<br>Seattle, WA  98101<br>Telephone: (206) 728-1300<br>Fax: (206) 728-1302<br>E-mail: nielsenshields@mail.com |

**STIPULATION AND ORDER TO COMPEL RESPONSES TO PLAINTIFFS' WRITTEN DISCOVERY REQUESTS**
**CASE NO.  C06-5595JKA**

```
John W. Merriam
4005 20th Avenue West, Suite
              110
 «Address», «Address» «Address»
```