**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| MIKE WEBB, BERNIE HURLBURT and JOHN BECK,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>ALLEN EDGAR and JANE DOE EDGAR, husband and wife, MISS MICHELLE, INC., MMCB LLC, and EDGAR, INC., in personam; the F/V MISS MICHELLE, her Official Number 991476, her engines, machinery, appurtenances and cargo, in rem,<br><br>　　　　　　　　　Defendants. | Case No.  C06-5595 JKA<br><br>**ORDER AUTHORIZING WITHDRAWAL OF COUNSEL FOR DEFENDANTS ALLEN EDGAR, MISS MICHELLE, INC., MMCB, LLC and EDGAR, INC.,** |

　　　　This matter comes before the court on motion of Richard A. Nielsen for leave to withdraw as counsel for defendants Allen Edgar, MISS MICHELLE, INC., MMCB, LLC and EDGAR, INC.  In support of his motion to withdraw,  counsel further asserts a need to withdraw as counsel for Julie Edgar (presumably named defendant Jane Doe Edgar) but is not seeking that relief at this time in anticipation of filing a Withdrawal and Substitution of Counsel shortly.  In response to the motion, counsel for plaintiffs has filed a statement of non-opposition.

　　　　The court has considered the above referenced as well as the files and records herein, and finds good cause for granting counsels motion to withdraw.  Accordingly the court orders as follows:

　　　　1. Defense Counsel, Richard A. Nielsen is granted leave to withdraw for defendants Allen Edgar, MISS MICHELLE, INC.,  MMCB LLC, AND EDGAR, INC.

　　　　2.  A **status report** regarding counsel for Julie Edgar is set for **November 16, 2007**, if a Withdrawal and Substitution of Counsel has not been filed on her behalf as of that date.

　　　　　　　Dated this 23rd day of October 2007

　　　　　　　**/s/ J. Kelley Arnold**

　　　　　　　**J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1