HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MIKE WEBB, BERNIE HURLBURT and JOHN BECK,<br><br>    Plaintiffs,<br><br>  vs.<br>ALLEN EDGAR and JANE DOE EDGAR, husband and wife, and EDGAR, INC., in personam; the F/V MISS MICHELLE, Official Number 991476, her engines, machinery, appurtenances and cargo, in rem;<br><br>    Defendants | Case No.: C06-5595JKA<br><br>AT LAW AND AT ADMIRALTY<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## **STIPULATION**

COMES NOW plaintiff and pursuant to Fed. R. Civ. P. 41(2) requests the Court voluntarily dismiss Julie Edgar from this case without prejudice.

DATED this 6th day of November, 2007.

LAW OFFICE OF JOHN MERRIAM

By:  s/J. Merriam
John Merriam, WSBA#12749
Attorney for Plaintiff
4005 20th Avenue West, Suite 110
Seattle, WA  98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
E-mail: john@merriam-maritimelaw.com

**STIPULATION AND
ORDER OF DISMISSAL
CASE NO.  C06-5595JKA**

**John W. Merriam**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012

## **ORDER**

Based upon plaintiff's request to dismiss Julie Edgar individually from this lawsuit pursuant to Fed. R. Civ. P. 41, it is hereby

ORDERED, that defendant Julie Edgar is dismissed without prejudice from this case. The case caption shall be amended to remove the words "and Jane Doe Edgar, husband and wife" from the caption..

Dated this 7th day of November, 2007.

*/s/ J. Kelley Arnold*_____
J. Kelley Arnold
United States Magistrate Judge

Presented by:

LAW OFFICE OF JOHN MERRIAM

By:   s/J. Merriam
John Merriam, WSBA#12749
Attorney for Plaintiff
4005 20th Avenue West, Suite 110
Seattle, WA  98199
Telephone: (206) 729-5252
Fax: (206) 729-1012
E-mail: john@merriam-maritimelaw.com

Copy received, approved as to form;

Notice of presentation waived

LANE POWELL PC

By:   /s/ Mark G. Beard
Mark G. Beard, WSBA No. 11737
Attorney for Julie Edgar

NIELSEN SHIELDS, PLLC

By:   /s/Richard Nielsen
Richard Nielsen, WSBA#11916
Attorney for Defendants
Allen Edgar and Edgar, Inc.

**STIPULATION AND
ORDER OF DISMISSAL
CASE NO.  C06-5595JKA**

**John W. Merriam**
4005 20th Avenue West, Suite 110
Seattle, Washington  98199
T (206) 729-5252 ♦ F (206) 729-1012