HONORABLE J. KELLEY ARNOLD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MIKE WEBB, BERNIE HURLBURT and JOHN BECK,<br><br>Plaintiffs,<br><br>vs.<br>ALLEN EDGAR and EDGAR, INC., in personam; the F/V MISS MICHELLE, Official Number 991476, her engines, machinery, appurtenances and cargo, in rem;<br><br>Defendants | Case No.: C06-5595JKA<br><br>AT LAW AND AT ADMIRALTY<br><br>**ORDER OF DISMISSAL** |

Based upon the stipulation of the parties (dkt #32), it is hereby ordered that this case is dismissed with prejudice and without costs to either party.

If the settlement is not consummated in full, either party may move to re-open the case within 60 days of this order.

Dated this 25th day of April, 2008.


*/s/ J. Kelley Arnold*_____
J. Kelley Arnold
United States Magistrate Judge


**ORDER OF DISMISSAL**
**CASE NO. C06-5595JKA**

John W. Merriam
4005 20th Avenue West, Suite 110
«Address», «Address» «Address»

1

Presented by:

| | |
|---|---|
| LAW OFFICE OF JOHN MERRIAM | LAW OFFICES OF ROBERT A. GREEN, INC., P.S. |
| By:   s/J. Merriam<br>John Merriam, WSBA#12749<br>Attorney for Plaintiff<br>4005 20th Avenue West, Suite 110<br>Seattle, WA  98199<br>Telephone: (206) 729-5252<br>Fax: (206) 729-1012<br>E-mail: john@merriam-maritimelaw.com | By:   s/R. A. Green<br>Robert A. Green, WSBA#12659<br>Attorney for Defendants<br>1900 West Nickerson Street, Suite 203<br>Seattle, WA  98119<br>Telephone: (206) 285-9481<br>Fax: (206) 284-4525<br>E-mail:  Robert_green@eschelon.com |

(PROPOSED) ORDER OF DISMISSAL
CASE NO.  C06-5595JKA

John W. Merriam
4005 20th Avenue West, Suite 110
«Address», «Address» «Address»